(November 19, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY A. DEMMING, Appellant. — Motion for summary reversal of appellant's conviction and application for order requiring court reporter Linda Longo to show cause why she should not be punished for contempt denied without prejudice to renewal in the event that two transcripts of the stenographic minutes of the proceedings in this matter are not filed with the office of the County Clerk of Tompkins County on or before December 28, 1984. Mahoney, P. J., Kane, Casey, Mikoll and Harvey, JJ., concur.

(November 20, 1984)

■ PHILIP H. MUNSON, JR., Doing Business as MUNSON FARMS, Appellant, v NEW YORK SEED IMPROVEMENT COOPERATIVE, INC., Respondent. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err as a matter of law in reversing so much of the judgment of trial term as directed a verdict in favor of defendant on its counter claim?" Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.